ACCEPTED
06-14-00163-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/15/2015 4:41:48 PM
DEBBIE AUTREY
CLERK

## No. 06-14-00163-CR

## IN THE COURT OF APPEALS

## FOR THE SIXTH APPELLATE DISTRICT

## TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/15/2015 4:41:48 PM
DEBBIE AUTREY
Clerk

**COREY MARTIN COLVIN**          **APPELLANT**

**VS**

**STATE OF TEXAS**          **APPELLEE**

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

TO HONORABLE JUDGES OF SAID COURT:

NOW COMES, the Appellant by and through his Attorney, Tim Cone, and does hereby move this Honorable Court to grant an extension of time for the purpose of filing the Appellant's Brief.

I.

Judgment was entered with the 115th District Court of Upshur County, Texas, in Cause Number 16,601 styled The State of Texas vs. Cory Martin Colvin, on the 15th day of August, 2014. The Appellant's brief is due on January 16, 2015.  This is the Appellant's second request for an extension of time for the late filing of Appellant's brief.

That the Appellant hereby requests an extension of time to file Appellant's brief until January 23, 2015, and will hopefully be the last extension we will ask for and as reason therefore, would show the court as follows: Appellant's attorney has recently completed a brief in Skie Jordan Smith v. State, Case number 06-14-00071-CR and submitted said brief to the Sixth Court of Appeals. Further, Appellant's attorney recently submitted a brief in State v. Casey Dale Hammack, Case Number 06-14-00175-CR to the Sixth Court of Appeals. Further, Appellant's attorney was preparing for jury trials in the 115th District Court for the two week session beginning December 8, 2014: State v. Carlos Bunch, Jr., Cause Number 12503; State v. Alton Ray Easley, Jr., Cause Numbers 16346,16499 and 16647;State v. David Bruce Williams, Cause Number 16580; State v. Ronald Ray Hohensee, Cause Number 16696; State v. Jason Dwan Tarver, Cause Number 16710; State v. Mary Ellen Clark, Cause Number 16723; State v. Ricky Don Morris, Cause Number 16,783; State v. Christopher Alan Ray, Cause Number 16,784; State v. Christopher Willis Garrett, Cause Number 16,785;State v. Ladarius Kidron Johnson, Cause Number 16,803; State v Cortney Lee Fields, Cause Number 16,828; and State v. Lester Shane Browning, Cause Number 16,875. Further, Appellant's attorney has been preparing for a jury trial anticipated next week in the 124th District Court, State v. Jeremy Scott, Cause number 43,891-B.

Appellant's attorney was out of town a great deal of time during the Christmas holidays and was ill when returning from the trip.

.

.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel

respectfully prays that the Honorable Court of Appeals extend the time for the filing of

Appellant's Brief in this cause to the 23th day of January, 2015.

Respectfully Submitted,

/s/Tim Cone

_____
Tim Cone, Attorney At Law
State Bar N. 04660350
P.O. Box 413
Gilmer, Texas  75644
903-725-6270
 e-mail: timcone6@aol.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Appellant's Motion for Extension of Time to File Brief has been served to Natalie Miller, Assistant Criminal District for Upshur County, attorney for Appellee, on this the 15th day of January, 2015.

/s/Tim Cone

_____

Tim Cone, Attorney At Law